United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert C. Heller, Jr.  
    Debtor(s)

Case No. 15-03914-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 3  
Date Rcvd: Jan 07, 2021          Form ID: 3180W          Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert C. Heller, Jr., 180-182 New Alexander St., Wilkes-Barre, PA 18702-2104 |
| 4694841 | + | Allied Services, Attn: Kelly Haffner, Collection Coordina, 100 Abington Executive Park, Clarks Summit, Pennsylvania 18411-2260 |
| 4694842 | + | Allied-Services Pharmacy, 201 Smallacombe Drive, Scranton, Pennsylvania 18508-2616 |
| 4694844 | | American Honda Finance, National Recovery Center, P.O. Box 16469, Irving, Texas 75016 |
| 4694845 | | Berkheimer Tax Administrator, P.O. Box 25144, Lehigh Valley, Pennsylvania 18002-5144 |
| 4694849 | + | Luzerne County Tax Claim Bureau, 15 Public Square, Ste. 202, Wilkes-Barre, Pennsylvania 18701-1703 |
| 4724944 | | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4725782 | | M&T BANK, PO BOX 14240, Buffalo, NY 14240 |
| 4721535 | | M&T Bank, PO Box 8405, Wilmington, DE 19899-8405 |
| 4694852 | + | Margaret A. Keller, 180-182 New Alexander St., Wilkes-Barre, Pennsylvania 18702-2104 |
| 4694853 | + | Patrick Walsh, Esq., 1000 S. State Street, Clarks Summit, Pennsylvania 18411-2251 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4705875 | | EDI: HNDA.COM | Jan 08 2021 00:03:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 4694843 | | EDI: AMEREXPR.COM | Jan 08 2021 00:03:00 | American Express, P.O. Box 981535, El Paso, Texas 79998-1535 |
| 4706931 | | EDI: BECKLEE.COM | Jan 08 2021 00:03:00 | American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4714387 | + | Email/Text: bncmail@w-legal.com | Jan 07 2021 19:12:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4694846 | + | EDI: CAPITALONE.COM | Jan 08 2021 00:03:00 | Capital One, P.O 30285, Salt Lake City, Utah 84130-0285 |
| 4694847 | | EDI: WFNNB.COM | Jan 08 2021 00:03:00 | Comenity Bank/Woman Within, Bankruptcy Department, P.O. Box 182125, Columbus, Ohio 43218-2125 |
| 4694848 | + | EDI: CITICORP.COM | Jan 08 2021 00:03:00 | Home Depot Credit Services, P.O. Box 790328, St. Louis, Missouri 63179-0328 |
| 4694850 | | Email/Text: camanagement@mtb.com | Jan 07 2021 19:12:00 | M & T Bank, 1100 Wehrle Drive, Williamsville, New York 14221 |
| 4725783 | | Email/Text: camanagement@mtb.com | Jan 07 2021 19:12:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 4733521 | + | EDI: MID8.COM | Jan 08 2021 00:03:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4736673 | | EDI: PRA.COM | Jan 08 2021 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 4720566 | | EDI: Q3G.COM | Jan 08 2021 00:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4694854 | + | EDI: CITICORP.COM | Jan 08 2021 00:03:00 | Sears Card, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4694855 | + | EDI: BECKLEE.COM | Jan 08 2021 00:03:00 | State Farm Bank, Attn: Bankruptcy, P.O. Box 3001, Malvern, Pennsylvania 19355-0701 |
| 4694856 | | EDI: STFM.COM | Jan 08 2021 00:03:00 | State Farm Bank, PO Box 2326, Bloomington, Illinois 61702-2326 |
| 4730332 | | EDI: BECKLEE.COM | Jan 08 2021 00:03:00 | State Farm Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4694857 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4694858 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4694851 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, 1100 Wehrle Drive, Williamsville, New York 14221 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Thomas I Puleo | |

|  |  |
|---|---|
|  | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Robert C. Heller  Jr. tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Robert C. Heller Jr. (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–7696<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 5:15–bk–03914–RNO | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert C. Heller Jr.
aka Robert Charles Heller Jr., aka Robert Heller Jr., aka Robert Heller, aka Robert Charles Heller, aka Robert C. Heller

1/7/21

**By the court:** Robert N. Opel II
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W  **Chapter 13 Discharge**  page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**